**No. 41881.**—Protest 85269–G of Salem Shawiry (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of laces similar to those involved in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41882.**—Protest 105209–G of Salem Shawiry (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of laces similar to those involved in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was therefore sustained.

BEFORE THE SECOND DIVISION, AUGUST 4, 1939

**No. 41883.**—Protest 115299–G of Salem Shawiry (New York).

Opinion by TILSON, J. The claim at 75 percent ad valorem under paragraph 1430, Tariff Act of 1922, was sustained.

**No. 41884.**—Protest 142186–G of Salem Shawiry (New York).

Opinion by TILSON, J. The claim at 75 percent ad valorem under paragraph 1430, Tariff Act of 1922, was sustained.

**No. 41885.**—Protest 127645–G of American Express Co. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of laces similar to those involved in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41886.**—Protest 115300–G of American Express Co. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of laces similar to those involved in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41887.**—Protest 139382–G of Salem Shawiry (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of laces similar to those involved in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was therefore sustained.